UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

Case No. 25-BR-74838-las

INCOME ADVANTAGE FUND, LLC,
*Debtor.*
------------------------------------------------------------X
------------------------------------------------------------X
In re:

Case No. 25-BR-74839-las

INCOME ADVANTAGE FUND II, LLC,
*Debtor.*
------------------------------------------------------------X

VERFICIATION

STATE OF NEW YORK)
COUNTY OF NASSAU )

CHRISTOPHER HUMMEL, being duly sworn, deposes and says:

I have perused the within "Verified Declaration and Opposition to the Creditors Chapter 7 Involuntary Bankruptcy Petition" etc., know the contents therein to be true based upon personal information, and based upon information and belief, the sources of which matters I believe them to be true.

CHRISTOPHER HUMMEL