**Fill in this information to identify the case:**

Debtor name **Income Advantage Fund II LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known) **25-74839**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 11, 2026**

X **/s/ Christopher Hummel**
Signature of individual signing on behalf of debtor

**Christopher Hummel**
Printed name

**Member**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Income Advantage Fund II LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known) **25-74839**

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*. | $ **0.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*. | $ **764,915.65** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*. | $ **764,915.65** |

**Part 2: Summary of Liabilities**

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*. | $ **0.00** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| **3a. Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*. | $ **0.00** |
| **3b. Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*. | +$ **72,232,719.04** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ **72,232,719.04** |

**Fill in this information to identify the case:**

Debtor name **Income Advantage Fund II LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known) **25-74839**

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. **TD Bank** | **Checking** | **0064** | **$764,915.65** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** **$764,915.65**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.

☐ Yes Fill in the information below.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.

☐ Yes Fill in the information below.

## Part 4: Investments

13. **Does the debtor own any investments?**

■ No. Go to Part 5.

☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor **Income Advantage Fund II LLC** Case number *(If known)* **25-74839**
Name

**Part 12: Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$764,915.65** | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$0.00** | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | | |
| 88. | **Real property.** *Copy line 56, Part 9*.......> | | | **$0.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* + | **$0.00** | | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$764,915.65** | **+** 91b. | **$0.00** |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | | **$764,915.65** |

**Fill in this information to identify the case:**

Debtor name **Income Advantage Fund II LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known) **25-74839**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name **Income Advantage Fund II LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known) **25-74839**

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**
**Alan M Sanders**
**105 Glen Way**
**Syosset, NY 11791**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$204,018.02**

3.2 **Nonpriority creditor's name and mailing address**
**Apryl Gassman**
**28 Woodcrest Dr**
**Livingston, NJ 07039**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$52,502.08**

3.3 **Nonpriority creditor's name and mailing address**
**Apryl Gassman - Michael**
**28 Woodcrest Dr**
**Livingston, NJ 07039**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$50,528.50**

3.4 **Nonpriority creditor's name and mailing address**
**Audrey F Muse Atkinson**
**13805 Caney Ln**
**Rosedale, NY 11422**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$525,882.73**

Debtor **Income Advantage Fund II LLC** Case number (if known) **25-74839**
Name

3.5 **Nonpriority creditor's name and mailing address**
**Bagley Koestner Irrevocab**
**Margaret Koestner, Truste**
**14 1st St**
**Syosset, NY 11791**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$89,413.19**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6 **Nonpriority creditor's name and mailing address**
**Barbara Hoglund**
**HC1 Box 1A472**
**Lackawaxen, PA 18435**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice Only
Is the claim subject to offset? ■ No ☐ Yes

3.7 **Nonpriority creditor's name and mailing address**
**Beatrice Zapata**
**3626 Treasure Cove Circle**
**Naples, FL 34114**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,052,468.76**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8 **Nonpriority creditor's name and mailing address**
**Bruce Barnett**
**2590 Kensington Rd**
**East Meadow, NY 11554**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$443,031.95**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.9 **Nonpriority creditor's name and mailing address**
**Christopher Hummel**
**16 Country Dr**
**Plainview, NY 11803**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,040,400.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.10 **Nonpriority creditor's name and mailing address**
**Cindy Rosenfeld**
**3 Kristi Ln**
**Woodbury, NY 11797**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$255,411.32**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.11 **Nonpriority creditor's name and mailing address**
**Constance Manfre**
**13 Birch Circle North**
**Farmingdale, NY 11735**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,064,972.63**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.12** **Nonpriority creditor's name and mailing address**
**Curtis Luckman**
**72 Eagle Chase**
**Woodbury, NY 11797**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,934,566.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** **Nonpriority creditor's name and mailing address**
**Dana Applebaum**
**153 Morton Blvd**
**Plainview, NY 11803**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$128,007.68**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** **Nonpriority creditor's name and mailing address**
**Debbie Siegler**
**7501 Blue Heron Way**
**West Palm Beach, FL 33412**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$350,045.88**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** **Nonpriority creditor's name and mailing address**
**Debra J Fazzolari**
**106 Lake Paula Dr**
**West Palm Beach, FL 33411**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$836,190.04**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** **Nonpriority creditor's name and mailing address**
**Dennis Hummel**
**665 Evelyn Ave**
**East Meadow, NY 11554**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$676,260.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** **Nonpriority creditor's name and mailing address**
**Donald Keith**
**326 Southwoods Rd**
**Woodbury, NY 11797**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,086,144.39**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** **Nonpriority creditor's name and mailing address**
**Donald Keith IRA**
**326 Southwoods Rd**
**Woodbury, NY 11797**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$604,182.83**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Income Advantage Fund II LLC** Case number (if known) **25-74839**
Name

**3.19** **Nonpriority creditor's name and mailing address**
**Edward Vomero**
**307 Old Field St**
**Staten Island, NY 10306**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,485,192.39**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.20** **Nonpriority creditor's name and mailing address**
**Ellen Reid**
**448 Lenape Trail**
**Bridgewater, NJ 08807**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,852,398.13**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.21** **Nonpriority creditor's name and mailing address**
**Ellen Reid**
**448 Lenape Trail**
**Bridgewater, NJ 08807**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$160,042.77**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.22** **Nonpriority creditor's name and mailing address**
**Francine Pusateri**
**17 Cary Rd**
**New Hyde Park, NY 11040**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$170,330.30**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.23** **Nonpriority creditor's name and mailing address**
**Francis J. Paxton**
**22 St Marks Pl**
**Staten Island, NY 10301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,674,960.14**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.24** **Nonpriority creditor's name and mailing address**
**Gerard E Meyer**
**14 Covert Ave**
**Garden City, NY 11530**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$427,306.96**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.25** **Nonpriority creditor's name and mailing address**
**Harriet A Lobl**
**226 E 74th St**
**Apt 3G**
**New York, NY 10021**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$603,599.76**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Income Advantage Fund II LLC** Case number (if known) **25-74839**
Name

3.26 **Nonpriority creditor's name and mailing address**
**Harriet A Lobl**
**226 E 74th St**
**Apt 3G**
**New York, NY 10021**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$293,613.61**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.27 **Nonpriority creditor's name and mailing address**
**Helene Msequita**
**629 Kappock St**
**2H**
**Bronx, NY 10463**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$882,672.39**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.28 **Nonpriority creditor's name and mailing address**
**Jackie Novak**
**655 Evelyn Ave**
**East Meadow, NY 11554**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$123,591.21**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.29 **Nonpriority creditor's name and mailing address**
**Jaime Ianniello**
**121 E 23rd St**
**Apt 7D**
**New York, NY 10010**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$933,325.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.30 **Nonpriority creditor's name and mailing address**
**Jaime Ianniello**
**121 E 23rd St**
**Apt 7D**
**New York, NY 10010**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,955,907.04**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.31 **Nonpriority creditor's name and mailing address**
**Jaime Ianniello**
**121 E 23rd St**
**Apt 7D**
**New York, NY 10010**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$984,386.88**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.32 **Nonpriority creditor's name and mailing address**
**Jeanette Denker**
**95 Gardner Ave**
**Hicksville, NY 11801**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,088,965.76**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Income Advantage Fund II LLC** Case number (if known) **25-74839**
Name

**3.33** **Nonpriority creditor's name and mailing address**
**Jeffrey Luckman**
**7270 Ashford Pl**
**Unit 104**
**Delray Beach, FL 33446**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$102,682.42**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.34** **Nonpriority creditor's name and mailing address**
**Jennifer Iadanza**
**11 Piper Pl**
**Old Bethpage, NY 11804**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$94,027.13**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.35** **Nonpriority creditor's name and mailing address**
**Joey Cardona**
**147 Wilson Terrace**
**Apt 1**
**Staten Island, NY 10304**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$856,943.21**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.36** **Nonpriority creditor's name and mailing address**
**Joey Cardona**
**147 Wilson Terrace**
**Apt 1**
**Staten Island, NY 10304**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$178,697.35**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.37** **Nonpriority creditor's name and mailing address**
**Joey Cardona**
**147 Wilson Terrace**
**Apt 1**
**Staten Island, NY 10304**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$133,653.32**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.38** **Nonpriority creditor's name and mailing address**
**John Hoglund**
**HC1 Box 1A472**
**Lackawaxen, PA 18435**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$454,347.09**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.39** **Nonpriority creditor's name and mailing address**
**John O'Connell**
**725 Miller Ave**
**#116**
**Freeport, NY 11520**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$111,077.38**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.40 **Nonpriority creditor's name and mailing address**
**John O'Connell**
**725 Miller Ave**
**#116**
**Freeport, NY 11520**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$91,373.71**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.41 **Nonpriority creditor's name and mailing address**
**John T Reid**
**448 Lenape Trail**
**Bridgewater, NJ 08807**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$210,604.21**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.42 **Nonpriority creditor's name and mailing address**
**Jordan A Siegler**
**60 N Pine St**
**Massapequa, NY 11758**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$186,440.99**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.43 **Nonpriority creditor's name and mailing address**
**Joseph F Walters**
**702 Seventh Rd**
**Wappingers Falls, NY 12590**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$508,863.55**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.44 **Nonpriority creditor's name and mailing address**
**Keith Edwards**
**40 Harvard St**
**Islip, NY 11751**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$930,160.08**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.45 **Nonpriority creditor's name and mailing address**
**Laura Luckman**
**2808 N 46th Ave**
**E245**
**Hollywood, FL 33201**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$416,532.80**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.46 **Nonpriority creditor's name and mailing address**
**Laura Luckman**
**2808 N 46th Ave**
**E245**
**Hollywood, FL 33201**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$417,557.65**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Income Advantage Fund II LLC** Case number (if known) **25-74839**
Name

3.47 **Nonpriority creditor's name and mailing address**
**Laura Luckman**
**2808 N 46th Ave**
**E245**
**Hollywood, FL 33201**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$188,660.72**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.48 **Nonpriority creditor's name and mailing address**
**LIG Holdings IX**
**7501 Blue Heron Way**
**West Palm Beach, FL 33412**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$74,591.08**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.49 **Nonpriority creditor's name and mailing address**
**LIG Holdings X**
**7501 Blue Heron Way**
**West Palm Beach, FL 33412**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$631,601.38**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.50 **Nonpriority creditor's name and mailing address**
**LIG Holdings XI**
**7501 Blue Heron Way**
**West Palm Beach, FL 33412**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$935,709.66**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.51 **Nonpriority creditor's name and mailing address**
**Lillian Denker**
**85 Parkview St**
**Plainview, NY 11803**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$741,876.89**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.52 **Nonpriority creditor's name and mailing address**
**Lynn Luckman**
**7270 Ashford Pl**
**Unit 104**
**Delray Beach, FL 33446**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice Only
Is the claim subject to offset? ■ No ☐ Yes

3.53 **Nonpriority creditor's name and mailing address**
**Mark Meltzer**
**54 Eagle Chase**
**Woodbury, NY 11797**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$331,958.74**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Income Advantage Fund II LLC** Case number (if known) **25-74839**
Name

| | | | |
|---|---|---|---|
| 3.54 | **Nonpriority creditor's name and mailing address**<br>**Mark Meltzer**<br>**54 Eagle Chase**<br>**Woodbury, NY 11797**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$35,801.98** |
| 3.55 | **Nonpriority creditor's name and mailing address**<br>**Mark Siegler**<br>**7501 Blue Heron Way**<br>**West Palm Beach, FL 33412**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,006,981.92** |
| 3.56 | **Nonpriority creditor's name and mailing address**<br>**Martin A Betwinek Jr**<br>**6 Cambridge Court**<br>**Bethpage, NY 11714-1101**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$442,129.60** |
| 3.57 | **Nonpriority creditor's name and mailing address**<br>**Martin A Betwinek Jr**<br>**6 Cambridge Court**<br>**Bethpage, NY 11714-1101**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$410,553.16** |
| 3.58 | **Nonpriority creditor's name and mailing address**<br>**Martin Suarez**<br>**48 Wadsworth Ave**<br>**Staten Island, NY 10305**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$74,411.89** |
| 3.59 | **Nonpriority creditor's name and mailing address**<br>**Mary C Norum**<br>**567 Ft Washington Ave**<br>**Apt 2G**<br>**New York, NY 10033**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$946,386.18** |
| 3.60 | **Nonpriority creditor's name and mailing address**<br>**Mary E Quigley**<br>**55 Ebony St**<br>**Staten Island, NY 10306**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$659,308.71** |

3.61 **Nonpriority creditor's name and mailing address**
**Mary E Quigley**
**55 Ebony St**
**Staten Island, NY 10306**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$401,178.49**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.62 **Nonpriority creditor's name and mailing address**
**Mary Novak**
**655 Evelyn Ave**
**East Meadow, NY 11554**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$61,420.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.63 **Nonpriority creditor's name and mailing address**
**Marybeth Hummel**
**655 Evelyn Ave**
**East Meadow, NY 11554**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$361,628.06**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.64 **Nonpriority creditor's name and mailing address**
**Maura J Kehoe**
**321 W 24th St**
**Apt 18C**
**New York, NY 10011**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$892,301.97**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.65 **Nonpriority creditor's name and mailing address**
**Maura J Kehoe**
**321 W 24th St**
**Apt 18C**
**New York, NY 10011**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,348,359.26**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.66 **Nonpriority creditor's name and mailing address**
**Melissa Siegler**
**7501 Blue Heron Way**
**West Palm Beach, FL 33412**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$77,478.31**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.67 **Nonpriority creditor's name and mailing address**
**Merchant Services**
**10 The Glen**
**Glen Head, NY 11545**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,043,404.91**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Income Advantage Fund II LLC** Case number (if known) **25-74839**
Name

3.68 **Nonpriority creditor's name and mailing address**
**Merritt Reid**
**448 Lenape Trail**
**Bridgewater, NJ 08807**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$377,282.58**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.69 **Nonpriority creditor's name and mailing address**
**Michael J Walters**
**145 Sunset Dr**
**Wappingers Falls, NY 12590**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$318,989.89**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.70 **Nonpriority creditor's name and mailing address**
**Michael Koestner Sr**
**14 1st Street**
**Syosset, NY 11791**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$65,993.93**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.71 **Nonpriority creditor's name and mailing address**
**MKS Healthcare**
**7501 Blue Heron Way**
**West Palm Beach, FL 33412**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$410,316.27**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.72 **Nonpriority creditor's name and mailing address**
**MKS Solo**
**7501 Blue Heron Way**
**West Palm Beach, FL 33412**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,404,013.85**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.73 **Nonpriority creditor's name and mailing address**
**MKS Solo**
**7501 Blue Heron Way**
**West Palm Beach, FL 33412**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,242,268.75**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.74 **Nonpriority creditor's name and mailing address**
**Moritt Hock & Hamroff LLP**
**400 Garden City Plaza**
**Garden City, NY 11530**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$39,982.85**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Legal Fees
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Income Advantage Fund II LLC** Case number (if known) **25-74839**
Name

3.75 **Nonpriority creditor's name and mailing address**
**Nancy Vomero**
**307 Old Field St**
**Staten Island, NY 10306**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$523,074.81**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.76 **Nonpriority creditor's name and mailing address**
**Nellie Suarez**
**48 Wadsworth Ave**
**Staten Island, NY 10305**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$283,928.68**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.77 **Nonpriority creditor's name and mailing address**
**Nicholas Navarino Brooke**
**655 Evelyn Ave**
**East Meadow, NY 11554**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$97,385.56**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.78 **Nonpriority creditor's name and mailing address**
**Nicholas Navarino Brooke**
**655 Evelyn Ave**
**East Meadow, NY 11554**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,716.69**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.79 **Nonpriority creditor's name and mailing address**
**Pat Tara Maura Corp 1**
**11 E 47th St #4**
**New York, NY 10017**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$158,765.52**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.80 **Nonpriority creditor's name and mailing address**
**Pat Tara Maura Pers 2**
**11 E 47th St #4**
**New York, NY 10017**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,979,082.37**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.81 **Nonpriority creditor's name and mailing address**
**Patricia Egan Walters**
**2324 Village Court**
**Leland, NC 28451**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$548,112.80**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Income Advantage Fund II LLC** Case number (if known) **25-74839**
Name

| | | | |
|---|---|---|---|
| 3.82 | **Nonpriority creditor's name and mailing address**<br>**Patricia Kehoe**<br>**PK Network Communications**<br>**11 E 47th St #4**<br>**New York, NY 10017**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,012,280.43** |
| 3.83 | **Nonpriority creditor's name and mailing address**<br>**Phyllis C Birmingham**<br>**182 Center St**<br>**Staten Island, NY 10306**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$463,693.86** |
| 3.84 | **Nonpriority creditor's name and mailing address**<br>**Pusateri Living Trust**<br>**16 Cary Rd**<br>**New Hyde Park, NY 11040**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,313,264.80** |
| 3.85 | **Nonpriority creditor's name and mailing address**<br>**Regina Frisoli**<br>**4601 39th Ave**<br>**Apt 201**<br>**Sunnyside, NY 11104**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$972,343.44** |
| 3.86 | **Nonpriority creditor's name and mailing address**<br>**Regina Keith**<br>**613 Foxcourt Rd**<br>**Bridgewater, NJ 08807**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$256,178.60** |
| 3.87 | **Nonpriority creditor's name and mailing address**<br>**Regina Keith**<br>**613 Foxcourt Rd**<br>**Bridgewater, NJ 08807**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,561,101.41** |
| 3.88 | **Nonpriority creditor's name and mailing address**<br>**Richard M Morrison**<br>**22 St Marks Pl**<br>**Nesconset, NY 11767**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$885,710.49** |

Debtor **Income Advantage Fund II LLC** Case number (if known) **25-74839**
Name

| | | | |
|---|---|---|---|
| 3.89 | **Nonpriority creditor's name and mailing address**<br>**Robert Fisse**<br>**108 Three Ponds Lane East**<br>**Woodbury, NY 11797**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$930,676.18** |
| 3.90 | **Nonpriority creditor's name and mailing address**<br>**Robert Lobel**<br>**88 East Artisan Ave**<br>**Huntington, NY 11743**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,069,605.07** |
| 3.91 | **Nonpriority creditor's name and mailing address**<br>**Samantha Italiano**<br>**1965 Willson Ave**<br>**Bellmore, NY 11710**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$601,580.53** |
| 3.92 | **Nonpriority creditor's name and mailing address**<br>**Samantha Navarino**<br>**30 Nutt Rd**<br>**Phoenixville, PA 19460**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$51,927.76** |
| 3.93 | **Nonpriority creditor's name and mailing address**<br>**Susan Frazier**<br>**1210 Hemlock Ave**<br>**Sea Girt, NJ 08750**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$998,323.05** |
| 3.94 | **Nonpriority creditor's name and mailing address**<br>**Suzanne Bristoll**<br>**1041 West Dr**<br>**Merrick, NY 11566**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$198,786.69** |
| 3.95 | **Nonpriority creditor's name and mailing address**<br>**Tara E Kehoe**<br>**8 Seaview Ave**<br>**Milford, CT 06460**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$696,530.17** |

Debtor **Income Advantage Fund II LLC** Case number (if known) **25-74839**
Name

3.96 **Nonpriority creditor's name and mailing address**
**The Koestner Family**
**14 1st St**
**Syosset, NY 11791**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$523,257.90**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.97 **Nonpriority creditor's name and mailing address**
**The Schmutlzer Family**
**137 Old Oak Ln**
**Levittown, NY 11756**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$420,974.98**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.98 **Nonpriority creditor's name and mailing address**
**Thomas Woods**
**643 Evelyn Ave**
**East Meadow, NY 11554**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$653,967.54**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.99 **Nonpriority creditor's name and mailing address**
**Veronica Ianniello**
**9319 Eden Roc Ct**
**Delray Beach, FL 33446**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,237,247.31**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.100 **Nonpriority creditor's name and mailing address**
**Veronica Ianniello**
**9319 Eden Roc Ct**
**Delray Beach, FL 33446**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,543,202.03**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.101 **Nonpriority creditor's name and mailing address**
**William Blatt**
**34 Gibbs Pond Rd**
**Nesconset, NY 11767**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$295,929.69**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.102 **Nonpriority creditor's name and mailing address**
**William Gross**
**567 Ft Washington Ave**
**Apt 2G**
**New York, NY 10033**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$705,199.72**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3: List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor **Income Advantage Fund II LLC** Case number (if known) **25-74839**
Name

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. | + | $ 72,232,719.04 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 72,232,719.04 |

**Fill in this information to identify the case:**

Debtor name **Income Advantage Fund II LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known) **25-74839**

☐ Check if this is an amended filing

# Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name **Income Advantage Fund II LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known) **25-74839**

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name **Income Advantage Fund II LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known) **25-74839**

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **For the fiscal year:** From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other | **$1,400,000.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Richard Langone**<br>**600 Old Country Road**<br>**Suite 328**<br>**Garden City, NY 11530** | **10/30/25, 1/5/26, 1/7/26** | **$46,182.60** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Legal Services** |

Debtor **Income Advantage Fund II LLC** Case number *(if known)* **25-74839**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.2. | **Strata Trust Company**<br>**901 S Mopac Expressway**<br>**Suite 100**<br>**Austin, TX 78746** | **12/10/25, 12/12/25** | **$130,140.22** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Custodial Account** |
| 3.3. | **Bruce Barnett**<br>**2590 Kensington Rd**<br>**East Meadow, NY 11554** | **12/19/25** | **$32,007.92** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. | **Dana Russel**<br>**153 Morton Blvd**<br>**Plainview, NY 11803** | **12/15/25** | **$5,403.92** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5. | **Donald Keith**<br>**326 Southwoods Rd**<br>**Woodbury, NY 11797** | **12/12/25** | **$39,076.54** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.6. | **Debbie Siegler**<br>**7501 Blue Heron Way**<br>**West Palm Beach, FL 33412** | **12/12/25** | **$22,805.65** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.7. | **Edward Vomero**<br>**307 Old Field St**<br>**Staten Island, NY 10306** | **12/15/25** | **$52,970.98** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.8. | **Ellen Reid**<br>**448 Lenape Trail**<br>**Bridgewater, NJ 08807** | **12/12/25** | **$7,201.78** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.9. | **Francine Pusateri**<br>**17 Cary Rd**<br>**New Hyde Park, NY 11040** | **12/12/25** | **$9,413.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Debtor **Income Advantage Fund II LLC** Case number *(if known)* **25-74839**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.10. | **Francis J. Paxton**<br>**22 St Marks Pl**<br>**Staten Island, NY 10301** | **12/12/25** | **$51,972.86** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.11. | **Gerard E Meyer**<br>**14 Covert Ave**<br>**Garden City, NY 11530** | **12/12/25** | **$13,662.86** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.12. | **Constance Manfre**<br>**13 Birch Circle North**<br>**Farmingdale, NY 11735** | **12/12/25** | **$46,731.57** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.13. | **Helene Msequita**<br>**629 Kappock St**<br>**2H**<br>**Bronx, NY 10463** | **12/12/25** | **$21,673.36** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.14. | **Jeanette Denker**<br>**95 Gardner Ave**<br>**Hicksville, NY 11801** | **12/12/25** | **$50,012.38** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.15. | **Jeffrey Luckman**<br>**7270 Ashford Pl**<br>**Unit 104**<br>**Delray Beach, FL 33446** | **12/16/25** | **$8,001.98** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.16. | **Jennifer Iadanza**<br>**11 Piper Pl**<br>**Old Bethpage, NY 11804** | **12/15/25** | **$5,281.31** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.17. | **Joey Cardona**<br>**147 Wilson Terrace**<br>**Apt 1**<br>**Staten Island, NY 10304** | **12/17/25** | **$34,057.08** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.18. **Joey Cardona**<br>**147 Wilson Terrace**<br>**Apt 1**<br>**Staten Island, NY 10304** | **12/12/25** | **$7,502.90** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.19. **Joey Cardona**<br>**147 Wilson Terrace**<br>**Apt 1**<br>**Staten Island, NY 10304** | **12/12/25** | **$5,535.77** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.20. **John O'Connell**<br>**725 Miller Ave**<br>**#116**<br>**Freeport, NY 11520** | **12/22/25** | **$8,001.98** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.21. **John O'Connell**<br>**725 Miller Ave**<br>**#116**<br>**Freeport, NY 11520** | **12/12/25** | **$7,281.80** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.22. **John Hoglund**<br>**HC1 Box 1A472**<br>**Lackawaxen, PA 18435** | **12/29/25** | **$19,826.73** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.23. **Jordan A Siegler**<br>**60 N Pine St**<br>**Massapequa, NY 11758** | **12/30/25** | **$9,282.30** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.24. **Joseph F Walters**<br>**702 Seventh Rd**<br>**Wappingers Falls, NY 12590** | **12/12/25** | **$25,886.41** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.25. **Keith Edwards**<br>**40 Harvard St**<br>**Islip, NY 11751** | **12/12/25** | **$38,089.43** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.26. | **Laura Luckman**<br>**2808 N 46th Ave**<br>**E245**<br>**Hollywood, FL 33201** | **12/12/25** | **$30,000.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.27. | **Laura Luckman**<br>**2808 N 46th Ave**<br>**E245**<br>**Hollywood, FL 33201** | **12/12/25** | **$5,881.46** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.28. | **Lillian Denker**<br>**85 Parkview St**<br>**Plainview, NY 11803** | **12/12/25** | **$38,051.16** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.29. | **Mark Siegler**<br>**7501 Blue Heron Way**<br>**West Palm Beach, FL 33412** | **12/24/25** | **$111,806.91** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.30. | **Mark Meltzer**<br>**54 Eagle Chase**<br>**Woodbury, NY 11797** | **12/12/25** | **$20,772.10** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.31. | **Martin A Betwinek Jr**<br>**6 Cambridge Court**<br>**Bethpage, NY 11714-1101** | **12/12/25** | **$13,283.29** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.32. | **Mary E Quigley**<br>**55 Ebony St**<br>**Staten Island, NY 10306** | **12/12/25** | **$18,172.50** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.33. | **Maura J Kehoe**<br>**321 W 24th St**<br>**Apt 18C**<br>**New York, NY 10011** | **12/16/25** | **$48,011.88** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Debtor **Income Advantage Fund II LLC** Case number *(if known)* **25-74839**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.34. | **MDS Healthcare Inc**<br>**279 Conklin St**<br>**Farmingdale, NY 11735** | **12/23/25** | **$24,726.12** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.35. | **Melissa Siegler**<br>**7501 Blue Heron Way**<br>**West Palm Beach, FL 33412** | **12/24/25** | **$5,201.29** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.36. | **Merritt Reid**<br>**448 Lenape Trail**<br>**Bridgewater, NJ 08807** | **12/12/25** | **$16,313.16** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.37. | **Maura J Kehoe**<br>**321 W 24th St**<br>**Apt 18C**<br>**New York, NY 10011** | **12/12/25** | **$107,674.33** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.38. | **Michael J Walters**<br>**145 Sunset Dr**<br>**Wappingers Falls, NY 12590** | **12/12/25** | **$20,805.15** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.39. | **Marybetth Hummel**<br>**655 Evelyn Ave**<br>**East Meadow, NY 11554** | **12/18/25** | **$4,801.19** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.40. | **Nancy Vomero**<br>**307 Old Field St**<br>**Staten Island, NY 10306** | **12/12/25** | **$41,850.36** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.41. | **Nellie Suarez**<br>**48 Wadsworth Ave**<br>**Staten Island, NY 10305** | **12/12/25** | **$14,003.47** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.42. **Patricia Kehoe**<br>**PK Network Communications**<br>**11 E 47th St #4**<br>**New York, NY 10017** | **12/22/25** | **$76,018.82** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.43. **Patricia Egan Walters**<br>**2324 Village Court**<br>**Leland, NC 28451** | **12/12/25** | **$15,187.76** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.44. **Patricia Kehoe**<br>**PK Network Communications**<br>**11 E 47th St #4**<br>**New York, NY 10017** | **12/12/25** | **$246,620.65** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.45. **Phyllis C Birmingham**<br>**182 Center St**<br>**Staten Island, NY 10306** | **12/12/25** | **$19,916.93** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.46. **Francine Pusateri**<br>**17 Cary Rd**<br>**New Hyde Park, NY 11040** | **12/16/25** | **$39,068.35** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.47. **Regina Frisoli**<br>**4601 39th Ave**<br>**Apt 201**<br>**Sunnyside, NY 11104** | **12/12/25** | **$42,936.49** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.48. **Regina Keith**<br>**613 Foxcourt Rd**<br>**Bridgewater, NJ 08807** | **12/12/25** | **$31,599.86** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.49. **Suzanne Bristoll**<br>**1041 West Dr**<br>**Merrick, NY 11566** | **12/12/25** | **$9,585.14** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Debtor **Income Advantage Fund II LLC** Case number *(if known)* **25-74839**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.50. **Tara E Kehoe**<br>**8 Seaview Ave**<br>**Milford, CT 06460** | **12/12/25** | **$33,552.31** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.51. **William Blatt**<br>**34 Gibbs Pond Rd**<br>**Nesconset, NY 11767** | **12/12/25** | **$18,742.47** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.52. **Nellie Suarez**<br>**48 Wadsworth Ave**<br>**Staten Island, NY 10305** | **12/30/25** | **$3,600.89** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.53. **Mark Meltzer**<br>**54 Eagle Chase**<br>**Woodbury, NY 11797** | **12/29/25** | **$2,400.59** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.54. **Beatrice Zapata**<br>**3626 Treasure Cove Circle**<br>**Naples, FL 34114** | **12/12/25** | **$56,298.82** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.55. **Ellen Reid**<br>**448 Lenape Trail**<br>**Bridgewater, NJ 08807** | **12/12/25** | **$113,992.22** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.56. **Harriet A Lobl**<br>**226 E 74th St**<br>**Apt 3G**<br>**New York, NY 10021** | **12/12/25** | **$31,775.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.57. **Martin A Betwinek Jr**<br>**6 Cambridge Court**<br>**Bethpage, NY 11714-1101** | **12/16/25** | **$18,228.34** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Debtor **Income Advantage Fund II LLC** Case number *(if known)* **25-74839**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.58. **Ronald Schmutzler**<br>**1`7 Old Oak Ln**<br>**Levittown, NY 11756** | **12/12/25** | **$18,947.46** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.59. **Jaime Ianniello**<br>**121 E 23rd St**<br>**Apt 7D**<br>**New York, NY 10010** | **12/12/25** | **$8,202.03** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.60. **Jaime Ianniello**<br>**121 E 23rd St**<br>**Apt 7D**<br>**New York, NY 10010** | **12/12/25** | **$86,496.37** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.61. **LIG Holdings IX**<br>**7501 Blue Heron Way**<br>**West Palm Beach, FL 33412** | **1/09/26** | **$7,853.83** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.62. **LIG Holdings X**<br>**7501 Blue Heron Way**<br>**West Palm Beach, FL 33412** | **1/9/26** | **$46,473.72** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.63. **LIG Holdings XI**<br>**7501 Blue Heron Way**<br>**West Palm Beach, FL 33412** | **1/9/26** | **$21,482.91** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.64. **Marybetth Hummel**<br>**655 Evelyn Ave**<br>**East Meadow, NY 11554** | **1/8/26** | **$13,603.37** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.65. **Michael Koestner Sr**<br>**14 1st Street**<br>**Syosset, NY 11791** | **1/20/26** | **$28,006.93** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Debtor **Income Advantage Fund II LLC**    Case number *(if known)* **25-74839**

| Creditor's Name and Address | | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.66. | **Michael Koestner Sr**<br>**14 1st Street**<br>**Syosset, NY 11791** | **1/2/26** | **$1,792.44** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.67. | **Nicholas Navarino Brooke**<br>**655 Evelyn Ave**<br>**East Meadow, NY 11554** | **1/8/26** | **$6,199.13** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.68. | **Samantha Navarino**<br>**30 Nutt Rd**<br>**Phoenixville, PA 19460** | **1/8/26`** | **$3,520.87** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.69. | **Thomas Woods**<br>**643 Evelyn Ave**<br>**East Meadow, NY 11554** | **1/28/26** | **$27,759.99** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.70. | **Renaissance Associates**<br>**1325 Franklin Ave**<br>**225**<br>**Garden City, NY 11530** | **1/8/26** | **$13,900.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Christopher Hummel**<br>**16 Country Dr**<br>**Plainview, NY 11803**<br>**Member** | **3/18/25** | **$20,000.00** | |
| 4.2. | **Christopher Hummel**<br>**16 Country Dr**<br>**Plainview, NY 11803**<br>**Member** | **5/23/25** | **$10,000.00** | |

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.3. | **Dennis Hummel**<br>**665 Evelyn Ave**<br>**East Meadow, NY 11554**<br>**Member** | **May 19, 2025** | **$10,000.00** | |
| 4.4. | **Dennis Hummel**<br>**665 Evelyn Ave**<br>**East Meadow, NY 11554**<br>**Member** | **March 20, 2025** | **$13,100.00** | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Fisse v Income Advantage Fund II LLC et al**<br>**622368/2025** | **Breach of Contract** | **Supreme Court Nassau County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Kantrow Law Group PLLC<br>732 Smithtown Bypass<br>Suite 101<br>Smithtown, NY 11787** | | **1/30/26** | **$5,000.00** |

**Email or website address**

**Who made the payment, if not debtor?**
**Dennis Hummel**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

Debtor **Income Advantage Fund II LLC** Case number *(if known)* **25-74839**

| **Address** | **Dates of occupancy From-To** |
|---|---|

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| **Financial Institution name and Address** | **Last 4 digits of account number** | **Type of account or instrument** | **Date account was closed, sold, moved, or transferred** | **Last balance before closing or transfer** |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| **Depository institution name and address** | **Names of anyone with access to it Address** | **Description of the contents** | **Does debtor still have it?** |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| **Facility name and address** | **Names of anyone with access to it** | **Description of the contents** | **Does debtor still have it?** |
|---|---|---|---|

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Hummel & Butler CPA's PC**<br>**655 Evelyn Ave**<br>**East Meadow, NY 11554** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Christopher Hummel** | **16 Country Dr**<br>**Plainview, NY 11803** | **Member** | **10%** |
| **Dennis Hummel** | **665 Evelyn Ave**<br>**East Meadow, NY 11554** | **Member** | **10%** |
| **LIG Associates** | | **Member** | **80%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses,

loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
| --- | --- |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 11, 2026**

**/s/ Christopher Hummel**
Signature of individual signing on behalf of the debtor

**Christopher Hummel**
Printed name

Position or relationship to debtor **Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Eastern District of New York

In re **Income Advantage Fund II LLC** — Debtor(s)

Case No. **25-74839**
Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **5,000.00** |

2. The source of the compensation paid to me was:

■ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is:

☐ Debtor ■ Other (specify): **Dennis Hummel**

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [List other services that counsel has agreed to provide]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 11, 2026**
*Date*

**/s/ Fred S. Kantrow**
**Fred S. Kantrow**
*Signature of Attorney*
**The Kantrow Law Group, PLLC**
**732 Smithtown Bypass**
**Suite 101**
**Smithtown, NY 11787**
**516 703 3672**
**fkantrow@thekantrowlawgroup.com**
*Name of law firm*

# United States Bankruptcy Court
## Eastern District of New York

In re **Income Advantage Fund II LLC** Case No. **25-74839**

Debtor(s) Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: **February 11, 2026** **/s/ Christopher Hummel**
**Christopher Hummel**/**Member**
Signer/Title

Date: **February 11, 2026** **/s/ Fred S. Kantrow**
Signature of Attorney
**Fred S. Kantrow**
**The Kantrow Law Group, PLLC**
**732 Smithtown Bypass**
**Suite 101**
**Smithtown, NY 11787**
**516 703 3672**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

# STATEMENT PURSUANT TO LOCAL BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):** Income Advantage Fund II LLC **CASE NO.:** 25-74839

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

■ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:______ JUDGE:______ DISTRICT/DIVISION:______

CASE STILL PENDING (Y/N):______ [*If closed*] Date of closing:______

CURRENT STATUS OF RELATED CASE: ____________________
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: ____________________

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: ______

2. CASE NO.:______ JUDGE:______ DISTRICT/DIVISION:______

CASE STILL PENDING (Y/N):______ [*If closed*] Date of closing:______

CURRENT STATUS OF RELATED CASE: ____________________
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: ____________________

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: ______

3. CASE NO.:______ JUDGE:______ DISTRICT/DIVISION:______

CASE STILL PENDING (Y/N):______ [*If closed*] Date of closing:______

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: ______________________________
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: ______________________________

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: ______

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): __**Y**__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

**/s/ Fred S. Kantrow**
**Fred S. Kantrow**
Signature of Debtor's Attorney
**The Kantrow Law Group, PLLC**
**732 Smithtown Bypass**
**Suite 101**
**Smithtown, NY 11787**
**516 703 3672**

______________________________
Signature of Pro Se Debtor/Petitioner

______________________________
Signature of Pro Se Joint Debtor/Petitioner

______________________________
Mailing Address of Debtor/Petitioner

______________________________
City, State, Zip Code

______________________________
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.